USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/13/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
In Re: LFH Food Hall Operating, LLC,    :
:
DEBTOR.    :
-------------------------------------------------------------------:   22-CV-7774 (VEC)
:
SUMMIT GLORY PROPERTY LLC,    :   ORDER
:
APPELLANT,    :
:
-against-    :
:
LFH FOOD HALL OPERATING, LLC,    :
:
APPELLEE.    :
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on September 12, 2022, Appellant Summit Glory Property LLC filed a notice of appeal from the Bankruptcy Court, *see* Dkt. 1;

IT IS HEREBY ORDERED that, by no later than **Tuesday, September 27, 2022**, the parties must meet and confer and file a joint letter with a proposed briefing schedule with respect to the appeal.

**SO ORDERED.**

Date:  September 13, 2022
       New York, NY

_____
**VALERIE CAPRONI
United States District Judge**