

1(212) 318-6380
harveystrickon@paulhastings.com

September 19, 2022                                                                                      92764.00025

Hon. Valerie E. Caproni
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:     LFH Food Hall Operating, LLC, 22-CV-7774 (VEC)

Dear Judge Caproni:

In accordance with the Order of Your Honor dated and filed on September 13, 2022, the undersigned attorneys for the Appellant and the Appellee have met and conferred and hereby file this joint letter with the following proposed briefing schedule:

>  Appellant must serve and file its brief no later than November 7, 2022.

>  Appellee must serve and file its brief no later than December 15, 2022.

>  Appellant must serve and file its reply brief no later than December 29, 2022.

Respectfully submitted,

/s/ Harvey A. Strickon

Harvey A. Strickon

for PAUL HASTINGS LLP

Attorneys for Appellant Summit Glory Property LLC

/s/ James James B. Glucksman

James B. Glucksman

Davidoff Hutcher & Citron LLP

Attorneys for Appellee LFH Food Hall Operating, LLC

LEGAL_US_E # 165794850.1