USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/14/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

2482759_1

In Re: LFH Food Hall Operating, LLC,

    DEBTOR,

SUMMIT GLORY PROPERTY LLC,

    APPELLANT,

v.

LFH FOOD HALL OPERATING, LLC;

    APPELLEE.

Case No.: 1:22-cv-07774-VEC
Bankruptcy Petition: 22-22041-shl

**STIPULATION AND ORDER SUBSTITUTING COUNSEL**

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned and pursuant to Local Civil Rule 1.4, that the law firm WEINER LAW GROUP LLP hereby is substituted in place of the law firm PAUL HASTINGS LLP as counsel of record for Appellant Summit Glory Property LLC in the above-captioned action.

    A supporting declaration is attached hereto pursuant to Local Civil Rule 1.4.

    **PLEASE TAKE NOTICE** that all pleadings, notices or hearing, and other filings in this matter should be served upon the incoming counsel identified below.

Dated: New York, New York
         November 1, 2022

PAUL HASTINGS LLP

By: _/s/ Harvey Strickon_ (sc)
Harvey A. Strickon, Esq.
200 Park Avenue

1

2482759_1

New York, New York 10016
Phone: (212) 318 6000
*Withdrawing attorneys for Appellant Summit Glory Property, LLC*

WEINER LAW GROUP LLP

By: _____
Paul S. Grossman, Esq. (PG-6570)
Chris Seelinger, Esq. (5383906)
pgrossman@weiner.law
cseelinger@weiner.law
629 Parsippany Road
Parsippany, NJ 07054
Phone: (973) 403-1100
Fax: (973) 403 0010
    -and-
90 Broad Street, Suite 1802
New York, NY 10004
Phone: (646) 273-0275
*Incoming attorneys for Appellant Summit Glory Property, LLC*

**SO ORDERED.**

Date:  11/14/2022

_____
Hon. Valerie Caproni
United States District Judge